IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SAVYIONE T. TERRELL,
    Plaintiff,

vs.                                    Case No.:  3:18cv2179/LAC/EMT

BARNES SUPERMARKET,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk.  Plaintiff, an inmate of the Escambia County Jail, commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1).  On October 29, 2018, the court granted Plaintiff's motion to proceed in forma pauperis, and ordered him to pay an initial partial filing fee in the amount of $5.01 within thirty (30) days (ECF No. 4).  The Escambia County Jail notified the court that Plaintiff was no longer incarcerated at the Escambia County Jail; therefore, the clerk of court re-sent a copy of the order to Plaintiff at his release address listed on the Jail's website (*see* ECF No. 5).  The copy of the order sent to Plaintiff's release address was returned to the court as undeliverable (*see* ECF No. 6).

    Plaintiff failed to pay the initial partial filing fee by the court-ordered deadline; therefore, on December 3, 2018, the court issued an order requiring Plaintiff to show

cause, within fourteen (14) days, why this action should not be dismissed for failure to comply with an order of the court (*see* ECF No. 7). The clerk of court sent a copy of the show cause order to Plaintiff at the Escambia County Jail and his release address (*see* ECF Nos. 7, 8). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to pay the initial partial filing fee, show cause for his failure to do so, or keep the court apprised of his current address.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 2nd day of January 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.: 3:18cv2179/LAC/EMT